Maria LUPO

v.

## R. I. PUBLIC TRANSIT AUTHORITY.

### No. 82–187–M.P.

Supreme Court of Rhode Island.

May 28, 1982.

Grilli, DiMaio, Cipriano & Berson, Anthony E. Grilli, Providence, for plaintiff-respondent.

Breslin & Sweeney, Richard L. Walsh, III, Warwick, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.

The stay entered in this matter on April 28, 1982 is hereby vacated.

Edward MARTIN

v.

## R. I. PUBLIC TRANSIT AUTHORITY.

### No. 82–186–M.P.

Supreme Court of Rhode Island.

May 28, 1982.

Kirshenbaum & Kirshenbaum, William Walsh, Providence, for plaintiff-respondent.

Breslin & Sweeney, Richard L. Walsh, III, Warwick, defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.

The stay entered in this matter on April 28, 1982 is vacated.